

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00506-CV

Robert G. **CORONA**, Christina M. Mozisek, and all occupants,
Appellants

v.

**GREEN TREE SERVICING LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 385145
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that costs of appeal are taxed against Appellants Robert G. Corona, Christina M. Mozisek, and all occupants.

SIGNED December 20, 2013.

_____
Karen Angelini, Justice